No. 57, Misc. FLANNIGAN *v.* RAGEN, WARDEN; and
No. 59, Misc. IN RE SMITH. December 10, 1945. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 58, Misc. FISHER *v.* MATCHETT ET AL. December 10, 1945. The motion for leave to file petition for writ of mandamus or prohibition is denied.

No. 481. LAUGHLIN *v.* UNITED STATES. December 11, 1945. The motion of the petitioner to stay issuance of order denying petition for writ of certiorari is denied.

No. 489. ZAP *v.* UNITED STATES. December 11, 1945. The issuance of the order denying petition for writ of certiorari, 326 U. S. 777, is stayed pending the consideration and decision on a petition for rehearing to be filed within the time prescribed in Rule 33, on motion of counsel for the petitioner.

No. 60, Misc. DAVIS *v.* NIERSTHEIMER, WARDEN; and
No. 62, Misc. SINGER *v.* RAGEN, WARDEN. December 17, 1945. The motions for leave to file petitions for writs of certiorari are denied.

No. 63, Misc. WOODS *v.* NIERSTHEIMER, WARDEN. December 17, 1945. The motion for leave to file a petition for writ of habeas corpus is denied.